Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 98 c 6884 | DATE | NOV 03 2000 |
| CASE TITLE | FERGUSON v. CHICAGO BOARD OF EDUCATION | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ■ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] The motion to strike portions of plaintiff's submissions in opposition to defendant's motion for summary judgment is denied. However, plaintiff's counsel is ordered to strictly comply with this Court's Local Rules in all future submissions.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | NOV 8 2000  date docketed | |
| ✓ | Docketing to mail notices. | | 23 |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| DW | courtroom deputy's initials | FILED FOR DOCKETING  00 NOV -7 PM 4: 26 | date mailed notice |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

| | | |
|---|---|---|
| **Ferguson v. Chicago Bd. of Education** | 98 C 6884 | Judge Zagel |

Defendant moves to strike portions of plaintiff's response to defendant's motion for summary judgment for failure to adhere to this court's Local Rules. Plaintiff's counsel put additional facts in the memorandum of law in opposition to the motion, instead of filing a separate statement of additional facts, and counsel generally failed to cite to supporting evidence when denying the facts stated in defendant's L.R. 56.1(a) statement. Defendant is quite correct that strict enforcement of the local rules would lead me to strike the facts in Ferguson's opposition as well as to deem as admitted every one of defendant's facts. However, I will not do so in this case. Plaintiff admits all but fourteen of defendant's facts and most of the facts that plaintiff attempts to put at issue are immaterial. My consideration of them does not alter the result in this case.

The motion to strike portions of plaintiff's submissions in opposition to defendant's motion for summary judgment is denied. However, plaintiff's counsel is ordered to strictly comply with this Court's Local Rules in all future submissions.