
Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 98 C 6884 | DATE | 9/16/2002 |
| CASE TITLE | Ferguson vs. Chicago Public Schools, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____ . Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ■ Status hearing set for 10/03/2002 at 10:30A.M.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]   Enter Initial Status Order.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | 4 number of notices | Document Number |
| | No notices required. | | |
| ✓ | Notices mailed by judge's staff. | SEP 16 2002 | |
| | Notified counsel by telephone. | date docketed | 25 |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 9/16/02 date mailed notice | |
| TH ✓ | courtroom deputy's initials | th mailing deputy initials | |
| | Date/time received in central Clerk's Office | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SEP 16 2002

FERGUSON, )
)
      Plaintiff, ) No. 98 C 06884
)
v. ) Judge Amy J. St. Eve
)
CHICAGO PUBLIC SCHOOLS, et al., )
)
      Defendants. )

**ORDER SETTING STATUS REPORT
FOR CASES NEWLY ASSIGNED TO
<u>JUDGE ST. EVE</u>**

    This case has been assigned to the calendar of Judge Amy J. St. Eve. To assist the court in acquiring the requisite knowledge of the case, it is hereby ordered:

    1.    Within 14 days of the date of this order, counsel are to confer, prepare and file one original and two copies of a joint status report, not to exceed five pages, with courtesy copy submitted to Chambers. If defendant's counsel has not yet filed an appearance, the status report should be prepared by plaintiff's counsel. The report shall provide the following information in the following format:

        A.    <u>Nature of the Case</u>

- Bases for federal jurisdiction.
- The nature of the claims and counterclaims.
- Relief sought by plaintiff, including computation of claimed damages, if available.
- Names of any parties that have not been served.

25

- Principal legal issues.

- Principal factual issues.

B. Discovery Issues

- A brief description of all pending motions, including the date the motion was filed and the briefing schedule.

- A brief description of any discovery that has been taken, any discovery that remains to be taken, and any discovery schedules that have been set.

- A brief description of all substantive rulings that have been issued in the case.

- All anticipated motions.

- Attach any previously filed written status reports.

C. Trial Status

- Whether or not a jury has been requested.

- Probable length of the trial.

D. Settlement Status

- The status of any settlement discussions that have been held.

2. This matter is set for a status conference on Oct. 3, 2002, at 10:30 a .m. The principal trial attorney for each party shall appear at that time prepared to discuss all aspects of the case. Any previously set date for a status report is hereby vacated.

DATED: September 16, 2002

ENTERED:

AMY J. ST. EVE
United States District Judge

2