# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

June 16, 2003

**CERTIFIED COPY**

*By the Court:*

| | |
|---|---|
| ELAINE R. FERGUSON,<br>  Plaintiff-Appellant,<br><br>No. 03-1182   v.<br><br>CHICAGO PUBLIC SCHOOLS,<br>  Defendant-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division<br>]<br>] No. 98 C 6884<br>]<br>] Amy J. St. Eve,<br>]     Judge. |

The following are before the court:

1. MOTION TO DISMISS THE APPEAL IN THE INSTANT CASE, filed on June 2, 2003, by the pro se appellant.

2. PLAINTIFF'S COUNSEL'S RESPONSE TO THE COURT'S RULING REGARDING THEIR MOTION TO DISMISS THE APPEAL IN THE INSTANT CASE RESPECTFULLY REQUESTING THAT THE COURT MAKE CLEAR WHAT COSTS ARE IN ISSUE REGARDING THE INSTANT MATTER, filed on June 13, 2003, by counsel for the appellant.

IT IS ORDERED that this appeal is DISMISSED in accordance with Fed.R.App.P. 42(b).

A True Copy:
Teste:

*[signature]* deputy clerk
rk of the United States
Court of Appeals for the